**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ASHLEY CORAN,**                                                                 **PLAINTIFF**
**ADC #709105**

V.                 **CASE NO. 4:15-CV-00541 BSM/BD**

**CHEYENNE TULLIS, et al.**                                    **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief Judge Brian S. Miller. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Ashley Coran filed this lawsuit pro se and is proceeding *in forma pauperis*. (Docket entries #1 and #2) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current addresses.

On October 14, 2015, Ms. Coran was given thirty days to notify the Court of her

new address, after her mail was returned to Court as undeliverable. (#12) The Court specifically cautioned Ms. Coran that her claims could be dismissed if she failed to comply with the Order. (#12) To date, Ms. Coran has failed to comply with the Court's Order, and the time for doing so has passed.

### III. Conclusion:

The Court recommends that Ms. Coran's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's October 14, 2015 Order. The pending Partial Recommended Disposition (#15) and the pending motion (#18) should be denied as moot.

DATED this 23rd day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE