IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ASHELY CORAN,**                                                                                    **PLAINTIFF**
**ADC #709105**

v.                          **CASE NO. 4:15CV00541 BSM**

**CHEYENNE TULLIS et al.**                                                                    **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") filed by United States Magistrate Judge Beth Deere have been reviewed. No objections have been filed. After careful consideration, the PRD is hereby adopted in all respects and Ashley Coran's Eighth Amendment claim against defendant Cheyenne Tullis may proceed. Coran's claims against the remaining defendants are dismissed without prejudice.

IT IS SO ORDERED this 2nd day of December 2015.

_____
UNITED STATES DISTRICT JUDGE