IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ASHLEY CORAN,**  **PLAINTIFF**
**ADC #709105**

v.  CASE NO. 4:15CV00541 BSM

**CHEYENNE TULLIS et al.**  **DEFENDANTS**

### ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the RD is hereby adopted in all respects and Ashley Coran's amended complaint is dismissed without prejudice. It is certified that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3)

IT IS SO ORDERED this 10th day of December 2015.

_____
UNITED STATES DISTRICT JUDGE